UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:17-CR-163-1D

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| **Clarence Dakim Kebreau** | ) | |

Comes Marla M. Bianco, U.S. Probation Officer, who shows the court that Clarence Dakim Kebreau appeared before the Honorable Robert J. Conrad, Jr., Chief U.S. District Judge, sitting in the court of Western District of North Carolina, on July 24, 2006, and pursuant to an earlier plea of guilty to 18 U.S.C. § 922(g)(1) and 924(e)(1), Possession of a Firearm By a Convicted Felon, was committed to a 180-month term of incarceration with the Bureau of Prisons followed by a three year term of supervised release. On July 29, 2009, following a remand from the Fourth Circuit, defendant was resentenced to a term of 126 months in custody and was released on August 8, 2014.

On September 1, 2016, the defendant's term of supervision was revoked and he was sentenced to the custody of the Bureau of Prisons for a term of seven months. Upon release, supervised release was reimposed for a term of 15 months. On October 27, 2016, Kebreau was released to the Eastern District of North Carolina to reside with his wife. On May, 23, 2017, Jurisdiction was transferred from the Western District of North Carolina to the Eastern District of North Carolina.

A Motion for Revocation and Warrant for Arrest were filed on June 9, 2017, alleging that the defendant had violated the conditions of his Supervised Release by using illegal substances (cocaine). On June 19, 2017, the defendant died in Cumberland County, NC, as a result of a homicide. It now appears that the ends of justice would best be served by withdrawing the Motion for Revocation and Warrant for Arrest before the Court this date.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion for Revocation and Warrant for Arrest filed on June 9, 2017, be withdrawn and the term of supervised release terminated.

This the 6 day of July, 2017.

James C. Dever, III
Chief U.S. District Judge